# Court of Appeals
# of the State of Georgia

ATLANTA, June 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1145. DUSTY HAMILTON v. THE STATE.**

Dusty Hamilton appeals the trial court's order denying his motion for credit for time served. The proper method for challenging credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,   06/12/2019*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*